# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DARIA KOVARIKOVA,

    Plaintiff,

v.

WELLSPAN GOOD SAMARITAN
HOSPITAL and ROBERT J. LONGO,

    Defendants.

1:15-cv-2218

Hon. John E. Jones III

## ORDER

**May 7, 2018**

Presently before this Court is Defendants' Motion for Reconsideration. (Doc. 63). In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion for Reconsideration, (Doc. 63), is **GRANTED**.

2. Our Order dated March 8, 2018, denying summary judgment, (Doc. 62), is **VACATED**.

3. Defendants' Motion for Summary Judgment, (Doc. 51), is **GRANTED**.

2. The Clerk of the Court **SHALL CLOSE** the file on this case

                                            s/ John E. Jones III
                                            John E. Jones III
                                            United States District Judge